UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-02952-SVW-JC | Date | August 2, 2023 |
|---|---|---|---|
| Title | Clifton Walker v. Jean P. Brouillette | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

   The Court, on July 21, 2023, issued an order to show cause why this action should not be dismissed for lack of prosecution. In response, plaintiff filed a Proof of Service indicating service was made on June 22, 2023, and that the answer was due on July 13, 2023. No stipulation granting an extension to respond was filed. Plaintiff did not request entry of default.

   Plaintiff has failed to properly respond to the Court's order. The file in this case lacks the papers that would show it is being timely prosecuted.

   The Court orders the case dismissed.

                                                                                                                        :
                                                                                    Initials of Preparer         PMC